HAYNES AND BOONE, LLP
Mark D. Erickson/Bar No. 104403
  mark.erickson@haynesboone.com
David Clark/Bar No. 275204
  david.clark@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, CA  92626
Telephone:  (949) 202-3000
Facsimile:   (949) 202-3001

Attorneys for Defendant
MASERGY COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SANDLER PARTNERS, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MASERGY COMMUNICATIONS, INC., a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | CASE NO. _____<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**<br><br>*Complaint Filed:*　07/02/19 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant Masergy Communications, Inc., ("Masergy"), by and through its undersigned counsel, hereby removes this action to the United States District Court for the Central District of California, pursuant to 28 U.S.C. § 1441.

　　　1.　　<u>Timeliness of Removal</u>.  Plaintiff Sandler Partners, LLC ("Plaintiff") initiated this action, entitled *Sandler Partners, LLC v. Masergy Communications, Inc., et al.*, bearing Case No. 19STCV23168 (the "Complaint"), in the Superior Court of the State of California, County of Los Angeles.  Defendant Masergy was

first served with a copy of the Summons and Complaint on July 10, 2019. Thus, removal to this Court is timely under 28 U.S.C. § 1446(b).

2. <u>Jurisdiction</u>. This action is a civil action over which the Court has original jurisdiction under 28 U.S.C. § 1332 (diversity jurisdiction), and is one that Defendant Masergy may remove to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446 in that it is a civil action between citizens of different states, the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and Masergy is not a citizen of California.

3. <u>Diversity of Citizenship</u>. Complete diversity of citizenship exists:

    a) Plaintiff alleges that it is, and at the time it commenced this action was, a California limited liability company with its principal place of business in California. Plaintiff alleges in its Complaint that "Plaintiff Sandler Partners, LLC ('Sandler') were, at all relevant times, a citizen of the State of California." Plaintiff does not allege the citizenship of each of Plaintiff's members in its Complaint but Masergy is informed and believes that there are no members from Texas or Delaware. A search on the website for the California Secretary revealed that the address listed for "Scott Alan Sandler," Plaintiff's listed agent for service of process and (according to Plaintiff's website) its founder, is in Hermosa Beach, California. Accordingly, on information and belief, Plaintiff is solely a citizen of the state of California.

    b) Defendant Masergy Communications, Inc. currently is, and at the time Plaintiff commenced this action was, a Delaware corporation with its principal place of business in Plano, Texas. Thus, Masergy is a citizen of the State of Texas and Delaware and is not a citizen of the State of California.

4. <u>Amount in Controversy</u>. The amount in controversy exceeds $75,000. Plaintiff alleges that it contracted with Masergy to provide telecom, cloud, IT, and

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

continuity solutions and sales in exchange for payment by Masergy under a sales partner agreement. Plaintiff alleges that Masergy breached the sales partner agreement by failing to pay for services provided by Plaintiff. Plaintiff further alleges that it "sustained damages, including, but not limited to, monetary losses and related expenses in the amount of $43,508.83 in addition to future damages," and Plaintiff also requests "attorneys' fees according to proof" (*E.g.* Complaint ¶ 56, Prayer for Relief.) Plaintiff also alleges on the first page of the Complaint that its demand exceeds $75,000.

Plaintiff's requests for more than $43,000 in past damages and its request for future damages place the amount in controversy well over the $75,000 threshold for diversity jurisdiction. Moreover, the Ninth Circuit has held that if attorney fees are recoverable by a plaintiff by statute or contract, the fee claim is included in determining the amount in controversy regardless whether the fee award is mandatory or discretionary. *Galt G/S v. JSS Scandinavia* 142 F.3d 1150, 1155–56 (9th Cir. 1998); *see also* Rutter Group Prac. Guide Fed. Civ. Pro. Before Trial Ch. *2C-8*, 2:1756; *Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1265 (11th Cir. 2000). As previously noted, Plaintiff requests attorneys' fees in its Complaint, and the sales partner agreement at issue states that "[t]he prevailing Party shall be entitled to reasonable attorney's fees and costs." Accordingly, Plaintiff's request for attorneys' fees is also be included in determining the amount in controversy and places that amount even further above the $75,000 threshold.

5. <u>Assignment</u>. Pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 84(c)(2), assignment to the United States District Court for the Central District of California, Western Division, is proper because Plaintiff filed the action being removed in the Superior Court of California, County of Los Angeles.

6. <u>Copy of State Court File</u>. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings and documents filed in the Los Angeles Superior Court action or served on Defendant as of the date of this Notice of Removal are attached hereto as

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

Exhibit "1."

7. <u>Notice to State Court and Plaintiff.</u>  Pursuant to 28 U.S.C. § 1446(d), Masergy, through its counsel, will promptly serve Plaintiff with a written "Notice to Adverse Party of Removal to Federal Court" and file a copy of that notice with the Superior Court.  Pursuant to Federal Rule of Civil Procedure 5(d), Masergy will also file with this Court a "Certificate of Service of Notice to Adverse Party of Removal to Federal Court."

WHEREFORE, Masergy requests that this Court consider this Notice of Removal as provided by the law governing the removal of cases to this Court; that this Court take such steps as are necessary to achieve the removal of this matter to this Court from the Los Angeles County Superior Court; and that this Court make such other orders as may be appropriate to effect the preparation and filing of a true record in this case of all proceedings that may have been had in the state court action.

DATED:  August 7, 2019                HAYNES AND BOONE, LLP

By: /s/ David Clark
    David Clark
    Attorneys for Defendant
    MASERGY COMMUNICATIONS, INC.

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**