NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SANDLER PARTNERS, LLC, a California limited liability company, | CASE NO. 2:19-cv-06841-JFW-MAAx |
| Plaintiff, | Honorable John F. Walter<br>Courtroom: 7A |
| vs. | **JUDGMENT** |
| MASERGY COMMUNICATIONS, INC., a Delaware corporation; | |
| Defendants. | |

  On February 25, 2020, the Court granted, without leave to amend, the Motion of Defendant Masergy Communications, Inc. ("Masergy") to Dismiss the Third Amended Complaint of Plaintiff Sandler Partners, LLC ("Sandler"), and the Court dismissed this action with prejudice.

  It is therefore hereby **ORDERD, ADJUDGED AND DECREED** that:

  (1) Plaintiff Sandler take nothing from Defendant Masergy and that this action be dismissed on the merits; and

  (2) Defendant Masergy recover its costs in an amount to be determined according to proof.

  **IT IS SO ORDERED.**

DATED: March 6, 2020

HON. JOHN F. WALTER
JUDGE OF THE UNITED STATES DISTRICT COURT

1